# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

161020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KENNETH LONEY and FAITH CRAWFORD-
LONEY,
      Plaintiffs-Appellants,

v

STEVEN T. SLEEVA and DONALD PARKER,
      Defendants,

and

GEICO INDEMNITY COMPANY,
      Defendant-Appellee.

_____/

SC: 161020
COA: 345655
Wayne CC: 16-013693-NI

On order of the Court, the application for leave to appeal the January 16, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk

a1019